# PD-0853-15



## NO. _____

| | | |
|---|---|---|
| CASEY TILLISON | § | IN THE COURT OF |
| | § | |
| v. | § | CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS | § | OF TEXAS |

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 10 2015

Abel Acosta, Clerk

## PRO SE MOTION FOR EXTENSION OF TIME
## TO FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

COMES NOW the Appellant/Petitioner in the above-styled and numbered cause and respectfully moves this Honorable Court to extend the time for filing the Appellant's Petition for Discretionary Review in this cause and in support thereof would show to the Court the following:

FILED IN
COURT OF CRIMINAL APPEALS

JUL 10 2015

Abel Acosta, Clerk

1.      The style and number of this case in the Court of Appeals, is: _Casey Tillison v._ _The State of Texas_, Appeal No. 10-14-00403-CR.

2.      The style and number of the case in the trial court is: _The State of Texas v. Casey Tillison_; Cause No. 36,116-CR; from the 40th Judicial District Court of Ellis County, Texas.

3.      The Appellant was convicted of the felony offense of Probation Violation – Aggravated Sexual Assault Child, a First Degree Felony.

4.      Judgment was entered on December 4, 2014 and punishment was assessed at 65 years confinement in the Texas Department of Criminal Justice—Institutional Division.

5.      The conviction was affirmed in the Court of Appeals on July 2, 2015.

PRO SE MOTION FOR AN EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW - Page 1

6. The deadline for filing the Appellant's Petition for Discretionary Review in this cause is August 1, 2015.

7. An extension of time for a period of sixty (60) days is requested that would make the due date August 31, 2015.

8. No prior request for an extension of time has been made.

9. The facts relied upon to show good cause for the requested extension is, as follows: The Appellant/Petitioner was represented by court appointed counsel during the appeal of this case to the Court of Appeals. The Appellant/Pertioner has elected to proceed pro se. Therefore, additional time is needed for the Appellant/Petitioner to either prepare and file the Petition pro se or to seek legal assistance in filing the Petition.

**WHEREFORE, PREMISES CONSIDERED**, the Appellant /Petitioner respectfully requests that this Honorable Court extend time for filing the Petition for Discretionary Review in this cause to _Sept 3_ , 2015.

Respectfully submitted,

Casey Tillison
TDCJ # 01973717
William G. McConnell Unit
3001 S. Emily Drive
Beeville, Texas 78102

**PRO SE MOTION FOR AN EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW - Page 2**

## CERTIFICATE OF SERVICE

The Appellant/Petitioner hereby certifies that a true and correct copy of the foregoing Motion has been mailed to the District Attorney, Appellate Division, Ellis County Courthouse, 109 S. Jackson Street, Waxahachie, Texas 75165, and mailed via U.S. mail, to the Office of the State Prosecuting Attorney, P.O. Box 12405, Capitol Station, Austin, Texas 78711, on the _7th_ day of _July_ , 2015.

_____
Casey Tillison